# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL S. BELLIS,<br><br>    Defendant. | No. CR07-4070-DEO<br><br>**REPORT AND RECOMMENDATION ON MOTION TO SUPPRESS** |

_____

On October 26, 2007, the defendant filed a motion (Doc. No. 3) to suppress statements he made to law enforcement prior to his arraignment on October 12, 2007. On October 29, 2007, the plaintiff filed a resistance to the motion (Doc. No. 4), in which the plaintiff states the defendant's statements to an ATF Special Agent on October 12, 2007, "will not be used as *evidence* by the United States against *defendant*."

Accordingly, the court recommends the defendant's motion to suppress be **granted**, not based on the defendant's legal arguments contained in the motion, but based solely on the plaintiff's assertion that the statement will not be introduced into evidence at trial.

**IT IS SO ORDERED.**

**DATED** this 29th day of October, 2007.

*[signature]*

PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT