**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL S. BELLIS,<br><br>      Defendant. | **No. 07-CR-4070-DEO**<br><br>**ORDER RE:<br>REPORT AND RECOMMENDATION ON<br>MOTION TO SUPPRESS** |

_____

This matter is before the Court pursuant to, "Report And Recommendation On Motion To Suppress" (Docket No. 5) issued by Chief United States Magistrate Judge Paul A. Zoss on October 29, 2007, in relation to the defendant's motion to suppress (Docket No. 3).

The facts in relation to the filed pleadings contained in the report and recommendation are incorporated herein as if fully set out. Additionally, the report and recommendation stated:

> Accordingly, the court recommends the defendant's motion to suppress **be granted**, not based on the defendant's legal arguments contained in the motion, but based solely on the plaintiff's assertion that the statement will not be introduced into evidence at trial.

Report and Recommendation, Docket No. 5.

After a complete review of all pleadings in this matter, the Court hereby adopts the report and recommendation of Chief United States Magistrate Judge Paul A. Zoss.

**IT IS THEREFORE HEREBY ORDERED** that the report and recommendation (Docket No. 5) is hereby fully adopted.

The defendant's motion to suppress (Docket No. 3) is granted for the reasons set out in the report and recommendation, adopted by this Order.

**IT IS SO ORDERED** this 3rd day of November, 2007.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa