**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> MICHAEL S. BELLIS, <br>     Defendant. | **No. 07-CR-4070-DEO** <br> **ORDER RE: ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On October 26, 2007, a one Count Indictment (Docket No. 1, 10/26/2007) was returned against defendant Michael S. Bellis.

Count 1 of the Indictment charges that defendant Michael S. Bellis, on about January 24, 2007, in the Northern District of Iowa, knowingly possessed in and affecting commerce firearms, a Remington, 12 gauge shotgun, model 870, serial number S283652V, and a Mossberg, 12 gauge shotgun, model 600 AT, serial number H264293. Defendant previously had been convicted of crimes punishable by imprisonment for a term exceeding one year, that is: (1) a conviction for Theft in the Second Degree, a felony, in Woodbury County, Iowa, case number FECR049585, on October 27, 2006; and (2) a conviction for Fraudulent Practice In the Second Degree, in Woodbury County,

Iowa, in case number FECR049815, on October 27, 2006. Defendant also previously had been convicted of a domestic violence conviction, that is: (1) Simple Assault Non Domestic in Woodbury County, Iowa, case number SMSM403452 on July 26, 2000.

This was in violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(9) and 924(a)(2).

The Indictment further indicates that a forfeiture allegation is present for this defendant by virtue of having committed the acts specified in the Indictment; more specifically, the defendant, Michael S. Bellis, shall forfeit to the United States any firearms and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1) and Section 922(g)(9), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). The Court notes that a, "Motion Of The United States For A Preliminary Order Of Forfeiture" (Docket No. 20) was filed on December 21, 2007; and the "Preliminary Order Of Forfeiture" (Docket No. 21) was filed on December 26, 2007.

On December 7, 2007,[1] defendant Michael S. Bellis appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Indictment. In the Report and Recommendation (Docket No. 15, 12/07/2007) Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Michael S. Bellis's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review to accept defendant Michael S. Bellis's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

---

[1] The Court notes that the Report and Recommendation filed at Docket No. 15 states that the defendant appeared before United States Magistrate Judge Paul A. Zoss on October 26, 2007. This date, however, is not accurate; the defendant appeared on December 7, 2007.

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 15), and accepts defendant Michael S. Bellis's plea of guilty in this case to Count 1 of the Indictment filed on October 26, 2007 (Docket No. 1).

**IT IS SO ORDERED** this 4th day of January, 2008.

/s/ Donald E. O'Brien
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa